JAMES McDEVITT ET AL., APPELLANTS, v. SHORE YELLOW CAB CO. ET AL., RESPONDENTS.

Submitted May 26, 1944—Decided September 14, 1944.

For the appellants, *Irving I. Jacobs.*

For the respondents, *Vincent S. Haneman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.